KLINE BROS. & CO., Appellant, *v.* THE FACTORS FIRE INSURANCE COMPANY OF MEMPHIS, TENNESSEE, Respondent.

JULIUS MARQUSEE, Appellant, *v.* ROGER WILLIAMS FIRE AND MARINE INSURANCE COMPANY OF PROVIDENCE, R. I., Respondent.

KLINE BROS. & CO., Appellant, *v.* THE RIMOUSKI FIRE INSURANCE COMPANY, Respondent.

KLINE BROS. & CO., Appellant, *v.* THE COLONIAL ASSURANCE COMPANY, Respondent.

KLINE BROS. & CO., Appellant, *v.* YORK FIRE INSURANCE COMPANY OF TORONTO, Respondent.

*Kline Bros. & Co.* v. *Factors Fire Ins. Co.*, 156 App. Div. 945, affirmed.
*Marqusee* v. *Roger Williams F. & M. Ins. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *Rimouski F. Ins. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *Colonial Assur. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *York F. Ins. Co.*, 156 App. Div. 945, affirmed.
(Argued May 11, 1915; decided May 25, 1915.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court

in the first judicial department, entered June 3, 1913, affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon a policy of fire insurance. The defense was failure on the part of the insured to comply with the following condition of the policy: "The insured, as often as required, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and, as often as required, shall produce for examination all books of account, bills, invoices, and other vouchers, or certified copies thereof, if originals be lost, at such reasonable place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made."

*Marion Erwin* and *Frederick M. Czaki* for appellants.

*Franklin M. Danaher* and *Solomon J. Rosenblum* for respondents.

Judgment in each case affirmed, with costs, under last sentence of section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.